UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD E. WATTS & JENELLE FLEMING,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KACHALKIN, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01666-JDP (HC)<br><br>ORDER |

Plaintiffs bring this action jointly and neither has paid the filing fee. Only one, Chad E. Watts, has filed an application to proceed *in forma pauperis*. ECF No. 2. If more than one plaintiff seeks to proceed *in forma pauperis*, they must each make the showing that they qualify for that status. *See Malone v. Ferguson*, NO. 3:19-cv-05574 RJB-JRC, 2019 U.S. Dist. LEXIS 145700, *2 (W.D. Wash Aug. 27, 2019) ("[E]ach plaintiff must qualify for IFP status—or the $400 filing fee to initiate the matter must be paid—before the case may proceed."). Accordingly, I will direct that an application to proceed in forma pauperis be sent to Jenelle Fleming. She must return it, or the filing fee, within thirty days of the date of this order. This case shall not proceed until the filing fee is settled.

Accordingly, it is ORDERED that:

1. The Clerk of Court is directed to send an application to proceed *in forma pauperis* to Jenelle Fleming. She must complete and return it within thirty days. Alternatively, she may

1

tender the filing fee within that same deadline.

    2.    Failure to comply with this order may result in her claims being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:    October 5, 2023                      /s/ Jeremy Peterson
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE