UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD E. WATTS AND JENELLE FLEMING,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KACHALKIN, *et al.*,<br><br>Defendants. | Case No.  2:23-cv-01666-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT<br><br>ECF No. 11 |

On August 1, 2024, I directed plaintiffs to submit service documents for two defendants. ECF No. 10.  On August 14, 2024, plaintiff Watts filed what I construe to be a motion to amend the complaint, stating that he wishes to change the amount of damages sought and his co-plaintiff's address, and to allege additional physical injuries.  ECF No. 11 at 1-2.  His motion will be granted.  He is advised, however, that if plaintiff Fleming wishes to update her address or, more broadly, to proceed with her own claims, she must also sign any amended complaint that is submitted.  Plaintiffs are both advised that the new complaint will supersede the current one and, thus, must be complete in itself without reference to any other filings.  *See* Fed. R. Civ. P. 11(a).

Accordingly, it is ORDERED that:

1

1. Plaintiffs' motion to amend, ECF No. 11, is GRANTED.

2. Plaintiffs must submit their amended complaint within thirty days of this order's entry and both must sign it.

3. The Clerk of Court is directed to send a section 1983 complaint form to each plaintiff with this order. Plaintiffs are advised that they must return only one of the forms and, again, it must be signed by them both.

IT IS SO ORDERED.

Dated:   August 28, 2024                                    _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

2