UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD E. WATTS & JENELLE FLEMING,

Plaintiffs,

v.

MICHAEL KACHALKIN, *et al.*,

Defendants.

Case No.  2:23-cv-1666-DC-JDP (P)

ORDER TO SHOW CAUSE

Plaintiffs brought this action against members of the Stockton Police Department.  After reviewing the complaint, I found that the allegations were sufficient for screening purposes, and I ordered plaintiff to return to the court service documents for two defendants.  ECF No. 10.  After submission of service documents, an attempt to serve one of the defendants, Brian Gibson, was unsuccessful.  ECF No. 22.  I ordered plaintiffs to provide additional information so that service could be reattempted.  ECF No. 25.  That order, along with enclosed service documents, were returned as undeliverable to plaintiff Jenelle Fleming.  To date, plaintiff has not updated her address with the court, as required by the court's Local Rules.

It is a plaintiff's duty to keep the court informed of her current address.  In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the

1

attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."  Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

The court has considered whether plaintiff Fleming's claims should be dismissed or other sanctions imposed based on her failure to update her address.  Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, plaintiff will be granted an additional opportunity to update her address.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for her failure to keep the court apprised of her current address; failure to respond to this order will result in dismissal of her claims under L.R. 183(b).

IT IS SO ORDERED.

Dated:    February 18, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE