UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD E. WATTS & JENELLE FLEMING,

Plaintiffs,

v.

MICHAEL KACHALKIN, *et al.*,

Defendants.

Case No.  2:23-cv-1666-DC-JDP (P)

ORDER

On April 30, 2026, defendants Gibson and Kachalkin filed a request for case management hearing.  ECF No. 27.  Therein, they argue that defendants paid plaintiffs 18,500 dollars in return for plaintiff's promise to dismiss this case with prejudice.  *Id.* at 1.  Plaintiffs accepted payment but have not dismissed this case.  *Id.*  Defendants request a case management hearing so that plaintiffs may appear and explain their failure to dismiss the case.  *Id.* at 1-2.  Rather than setting a case management hearing, I will direct plaintiffs to respond to the contentions in defendants' motion within twenty-one days.  If they fail to respond, I will recommend this case be dismissed with prejudice based on the representations made by defendants.

1

IT IS SO ORDERED.


Dated:    May 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE