UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD E. WATTS & JENELLE FLEMING, | Case No. 2:23-cv-1666-DC-JDP (P) |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| MICHAEL KACHALKIN, *et al.*, | |
| Defendants. | |

On April 30, 2026, defendants Gibson and Kachalkin filed a request for case management hearing, ECF No. 27, wherein, they argued that they paid plaintiffs 18,500 dollars in return for their promise to dismiss this case with prejudice. *Id.* at 1. Plaintiffs allegedly accepted the payment but have not dismissed this case. *Id.* On May 26, 2026, I entered an order directing plaintiffs to respond to the contentions in defendants' request within twenty-one days. ECF No. 28. I warned them that, if they failed to respond within the deadline, I would recommend that this action be dismissed with prejudice based on defendants' representations. *Id.* at 1. More than twenty-one days have now passed, and plaintiffs have not responded.

Accordingly, it is RECOMMENDED that this action be DISMISSED with prejudice based on defendants' uncontroverted assertion that they paid plaintiffs a settlement in return for a promise to dismiss the case.

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    June 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2