UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD E. WATTS & JENELLE FLEMING,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KACHALKIN, et al.,<br><br>Defendants. | Case No. 2:23-cv-1666-DC-JDP (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 27, 29) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 29. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2026, ECF No. 29, are ADOPTED;
2. Plaintiffs' claims against defendants are DISMISSED with prejudice;

3. Defendants' request for a case management hearing, ECF No. 27, is DENIED as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dena Coggins
United States District Judge